# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHELLE H. JENEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. CIV-14-1423-L** |
| ) | |
| **OKLAHOMA HEART HOSPITAL** ) | |
| **RESEARCH FOUNDATION, and** ) | |
| **OKLAHOMA HEART HOSPITAL,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Michelle H. Jeney, hereby stipulates with the defendants, Oklahoma Heart Hospital Research Foundation and Oklahoma Heart Hospital, that this action shall be dismissed with prejudice. All parties are to bear their own costs and attorneys' fees.

> s/Raymond C. Durbin
> OBA No. 2554
> P. O. Box 20546
> Oklahoma City, OK 73156-0546
> Telephone:  (405) 476-3552
> E-mail:  rdurbin3@cox.net
>
> ATTORNEY FOR PLAINTIFF

        s/Kristin M. Simpsen
        OBA No. 22302
        Paul A. Ross, OBA No. 19699
        McAfee & Taft A Professional Corporation
        10th Floor, Two Leadership Square
        211 N. Robinson
        Oklahoma City, OK 73102-7103
        Phone:    (405) 235-9621
        Fax:    (405) 235-0439
        E-mail:    paul.ross@mcafeetaft.com
                      kristin.simpsen@mcafeetaft.com

        ATTORNEYS FOR DEFENDANTS